■ BANQUE INDOSUEZ, Respondent, v SOPWITH HOLDINGS CORP. et al., Appellants, et al., Defendants. SOPWITH HOLDINGS CORP. et al., Appellants, et al., Plaintiffs, v BANQUE INDOSUEZ et al., Respondents. KATZ, BARRON, SQUITERO AND FAUST, P. A., Nonparty Appellant. (And Other Actions.) [733 NYS2d 156] —Judgment, Supreme Court, New York County (Helen Freedman, J.), entered July 6, 2001, upon a prior order, same court and Justice, entered June 29, 2001, which, *inter alia*, denied defendants' motion for an order directing plaintiff to pay defendants' counsel interest upon their charging lien, unanimously affirmed, without costs.

The court's determination not to award post-judgment interest on the charging lien of defendants' counsel fixed therein was correct (*see, Hayes v City of New York*, 264 AD2d 610). Defendants' counsels' charging lien is, however, to have priority over plaintiff's right of setoff (*see, Banque Indosuez v Sopwith Holdings Corp.*, 275 AD2d 662, *lv dismissed* 96 NY2d 824). Concur—Rosenberger, J. P., Williams, Ellerin, Buckley and Marlow, JJ.